IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FREDERICK BANKS, #05711-068**                                                              **PLAINTIFF**

**VERSUS**                                                 **CIVIL ACTION NO. 5:08-cv-233-DCB-MTP**

**BRUCE PEARSON AND**
**FEDERAL BUREAU OF PRISONS**                                                        **DEFENDANTS**

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  6th  day of November, 2008.


                                                  s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE